NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IRIDESCENT NETWORKS, INC.,**
*Appellant*

**v.**

**RPX CORPORATION, ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICSSON,**
*Appellees*

---

2019-1386, 2019-1387, 2019-1389

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-01661, IPR2017-01662, IPR2018-00254.

---

**JUDGMENT**

---

MATTHEW CHRISTIAN HOLOHAN, Sheridan Ross P.C., Denver, CO, argued for appellant. Also represented by ROBERT R. BRUNELLI, JASON H. VICK.

J. ANDREW LOWES, Haynes & Boone, LLP, Richardson, TX, argued for appellees. Also represented by ADAM CARL FOWLES; DEBRA JANECE MCCOMAS, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 9, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court